# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ROBERT A. BURNES, JD, MLS,

Appellant,

v.

KIMBERLY BURNES and
FLORIDA DEPARTMENT OF REVENUE,

Appellees.

No. 2D22-4103

_____

September 1, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Rebecca Hamilton, Judge.

Robert Alexander Burnes JD, MLS, pro se.

Brandon S. Vesely of The Florida Appellate Firm, P.A., St. Petersburg, for
Appellee, Kimberly Burnes.

Ashley Moody, Attorney General and Toni C. Bernstein, Sr. Assistant
Attorney General, Tallahassee, for Appellee, Department of Revenue.


PER CURIAM.

 Affirmed.

KELLY, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.